Cecilia **CHAVEZ–CRUZ**, Petitioner,

v.

Michael B. **MUKASEY**, Attorney General, Respondent.

No. 08–73506.

United States Court of Appeals, Ninth Circuit.

**346**

Submitted Dec. 1, 2008.*

Filed Dec. 11, 2008.

Nicole Hope Nelson, Nelson Smith, LLP, Portland, OR, for Petitioner.

Lance Lomond Jolley, Esquire, Trial, David V. Bernal, Assistant Director, U.S. Department of Justice, WAshington, DC, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, ORP–District Director, Office of the District Director Department of Homeland Security, Portland, OR, for Respondent.

Before: GOODWIN, CLIFTON and BEA, Circuit Judges.

## MEMORANDUM **

This is a petition for review of the Board of Immigration Appeals' ("BIA") order adopting and affirming an Immigration Judge's order denying petitioner's application for cancellation of removal.

A review of the administrative record demonstrates that there is substantial evidence to support the BIA's decision that petitioner failed to establish continuous physical presence in the United States for a period of not less than ten years as required for cancellation of removal. *See* 8 U.S.C. § 1229b(b)(1)(A); *Lopez–Alvarado v. Ashcroft,* 381 F.3d 847, 850–51 (9th Cir.2004). *See also Juarez–Ramos v. Gonzales,* 485 F.3d 509, 511 (9th Cir.2007). Accordingly, respondent's motion for summary disposition is granted because the questions raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam).

All other pending motions are denied as moot. The temporary stay of removal and voluntary departure confirmed by Ninth Circuit General Order 6.4(c) and *Desta v. Ashcroft,* 365 F.3d 741 (9th Cir.2004), shall continue in effect until issuance of the mandate.

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.